FILED

FEB 1 4 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>         Plaintiff,<br><br>    v.<br><br>RENE VALDIVIA-GARCIA,<br><br>         Defendant. | Case No. 21CR2651-TWR<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE AND JUDGMENT THEREON**<br><br>The Honorable Todd W. Robinson |

The United States of America's Motion to Dismiss the Indictment without prejudice is **GRANTED**. The Court dismisses the Indictment without prejudice.

DATED: 2/14/22

Todd Robinson

**The Honorable Todd W. Robinson**
United States District Judge